UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE,<br><br>　　　　Plaintiff,<br><br>　　　– v. –<br><br>RICHARD A. HAYNE,<br><br>　　　　Defendant,<br><br>　　　– and –<br><br>URBAN OUTFITTERS, INC.,<br><br>　　　　Nominal Defendant. | ECF CASE<br><br>Civ. Action No. 11-cv-00379-PD |

**STIPULATION OF DISMISSAL**

WHEREAS, Plaintiff Donna Ann Gabriele Chechele began the litigation captioned above (the "Litigation") by filing a complaint with the U.S. District Court for the Eastern District of Pennsylvania (the "Court") on January 21, 2011;

WHEREAS, the Litigation remains pending before the Court as of the date hereof;

WHEREAS, the parties to the Litigation wish to stipulate to its dismissal with prejudice; and

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared",

[*remainder of page intentionally left blank*]

NOW THEREFORE, by stipulation of the parties acting by and through their undersigned attorneys, the Litigation is hereby dismissed with prejudice.

STIPULATED AND AGREED TO:

| HUNTER & KMIEC | HOGAN LOVELLS US LLP |
|---|---|
| By: /s/ James A. Hunter<br>James A. Hunter, Esq.<br>150 East 44th Street, No. 9A<br>New York, New York  10017<br>Phone:  (646) 666-0122<br>Fax:      (646) 462-3356<br>E-Mail:  hunter@hunterkmiec.com | By: /s/ Dennis H. Tracey, III<br>Dennis H. Tracey, III, Esq.<br>875 Third Avenue<br>New York, New York  10022<br>Phone:  (212) 918-3000<br>Fax:      (212) 918-3100<br>E-Mail:  dennis.tracey@hoganlovells.com |
| *Attorneys for Plaintiff Donna Ann Gabriele Chechele* | *Attorneys for Defendant Richard A. Hayne* |

DRINKER BIDDLE & REATH LLP

By: /s/ D. Alicia Hickok
Alfred W. Putnam, Jr., Esq.
D. Alicia Hickok, Esq.
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103
Phone:  (215) 988-2700
Fax:      (215) 988-2757
E-Mail:  Alfred.Putnam@dbr.com

*Attorneys for Nominal Defendant Urban Outfitters, Inc.*

**S O   O R D E R E D :**

Date: _____            _____
                                                             Paul S. Diamond
                                                             United States District Judge