UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE,<br><br>Plaintiff,<br><br>– v. –<br><br>RICHARD A. HAYNE,<br><br>Defendant,<br><br>– and –<br><br>URBAN OUTFITTERS, INC.,<br><br>Nominal Defendant. | ECF CASE<br><br>Civ. Action No. 11-cv-00379-PD |

**STIPULATION OF DISMISSAL**

WHEREAS, Plaintiff Donna Ann Gabriele Chechele began the litigation captioned above (the "Litigation") by filing a complaint with the U.S. District Court for the Eastern District of Pennsylvania (the "Court") on January 21, 2011;

WHEREAS, the Litigation remains pending before the Court as of the date hereof;

WHEREAS, the parties to the Litigation wish to stipulate to its dismissal with prejudice; and

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared",

*[remainder of page intentionally left blank]*

NOW THEREFORE, by stipulation of the parties acting by and through their undersigned attorneys, the Litigation is hereby dismissed with prejudice.

STIPULATED AND AGREED TO:

HUNTER & KMIEC

By: /s/ James A. Hunter
James A. Hunter, Esq.
150 East 44th Street, No. 9A
New York, New York 10017
Phone: (646) 666-0122
Fax: (646) 462-3356
E-Mail: hunter@hunterkmiec.com

*Attorneys for Plaintiff Donna Ann Gabriele Chechele*

HOGAN LOVELLS US LLP

By: /s/ Dennis H. Tracey, III
Dennis H. Tracey, III, Esq.
875 Third Avenue
New York, New York 10022
Phone: (212) 918-3000
Fax: (212) 918-3100
E-Mail: dennis.tracey@hoganlovells.com

*Attorneys for Defendant Richard A. Hayne*

DRINKER BIDDLE & REATH LLP

By: /s/ D. Alicia Hickok
Alfred W. Putnam, Jr., Esq.
D. Alicia Hickok, Esq.
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Phone: (215) 988-2700
Fax: (215) 988-2757
E-Mail: Alfred.Putnam@dbr.com

*Attorneys for Nominal Defendant Urban Outfitters, Inc.*

SO ORDERED:

Date: Apr 25, 2012

_____
Paul S. Diamond
United States District Judge